Exhibit 22/TE 5

October 9, 2018 email from Shawn Hackman

**From:** Shawn Hackman <shawn@eadlawgroup.com>
**To:** Tony Iarocci <ajiarocci@gmail.com>
**Cc:** Jonathan Coury <jcoury@hoolcourylaw.com>
**Subject:** RE: AG80.110.docx
**Sent:** Tue, 9 Oct 2018 17:48:34 +0000

AG80.110.docx

A couple of these I just said I would add rather than spend the time having the debate.

ty

EAD Law Group, LLC
8275 S. Eastern
Suite 200
Las Vegas, NV 89123
(702)724-2636
ead@eadlawgroup.com



---

**From:** Tony Iarocci [mailto:ajiarocci@gmail.com]
**Sent:** Tuesday, October 9, 2018 10:26 AM
**To:** Shawn Hackman
**Cc:** Jonathan Coury
**Subject:** Re: AG80.110.docx

Shawn,
Any updates?
Thank you.
On Oct 8, 2018, at 11:52 AM, Shawn Hackman <shawn@eadlawgroup.com> wrote:

> I think I can cover with quick answers yet today.
>
> EAD Law Group, LLC
> 8275 S. Eastern
> Suite 200
> Las Vegas, NV 89123
> (702)724-2636
> ead@eadlawgroup.com
> <image001.png>



EXHIBIT 5

1

**From:** Tony Iarocci [mailto:ajiarocci@gmail.com]
**Sent:** Monday, October 8, 2018 11:50 AM
**To:** Shawn Hackman
**Cc:** Jonathan Coury
**Subject:** Re: AG80.110.docx

That was my and Ellen Fisher's (SKR) take.
Can you cover with a short point by point email to Bill Nelson and Tom Donahue or should we setup a call?
On Oct 8, 2018, at 11:25 AM, Shawn Hackman <shawn@eadlawgroup.com> wrote:

> He is going through a pre prepared PCAOB checklist.. Some of those arent even applicable.

**From:** Tony Iarocci [mailto:ajiarocci@gmail.com]
**Sent:** Friday, October 5, 2018 12:06 PM
**To:** Shawn Hackman; Jonathan Coury
**Subject:** Fwd: AG80.110.docx

Not sure what he's after with Form 10 and RSA questions, disclosures.
Can you please take a look?
Thank you.

---------- Forwarded message ---------
From: **Bill Nelson** <bnelson@pbtk.com>
Date: Fri, Oct 5, 2018 at 11:54 AM
Subject: AG80.110.docx
To: Ellen Fisher <EFisher@skrco.com>, Tony Iarocci <ajiarocci@gmail.com>
Cc: Tom Donohue <tomd@pbtk.com>

Good morning

Attached are open items for DCA. It includes items related to the financial statements and Form 10.

Thank you

Bill

**WILLIAM M. NELSON, CPA**
*Shareholder*
EMAIL | BIO | WEBSITE

<image001.jpg>

2

Piercy Bowler Taylor & Kern
6100 Elton Ave, Suite 1000 · Las Vegas, NV 89107
Phone (702) 384.1120 · Fax (702) 870.2474

Disclosure:
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Piercy Bowler Taylor & Kern may perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

Confidentiality Statement:
This e-mail contains confidential information which also may be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not copy, use, disclose or distribute the e-mail message or any information contained in the message. If you have received the e-mail message in error, please advise the sender by replying to this e-mail message or by telephone and then promptly delete it.

3

DCAAM
Open items

In notes to audited financial statements, need to add new accounting pronouncements (revenue and leasing). (can dig these up... same below)

In quarterly financial statements, add new accounting pronouncements (revenue and leasing).

From Form 10:

Under Venture Capital and Developing Technologies, #1 regarding the technology transfer forma University, how was the granting of the 67,708 common units from a target company accounted for?

Need a copy of the restricted stock purchase agreement referred to in Item 4.

Under Item 9, for securities authorized for issuance under equity compensation plans, need to describe or indicate that ii is currently not applicable. Show as currently not applic as none yet auth.

In Item 10, need to disclose specific dates of issuance of shares. Will add.

SOX checklist, 5/73, 1.2 Certifications, where are certifications of principal executive and financial officer?   Required 10K and 10Q not initial as not reporting yet.

Is there disclosure in the MD & A that a code of ethics has not been adopted? Can add.

Is there disclosure that the Company has used an exemption for its audit committee? Can add.

Will audit fees be disclosed in Proxy? (35/73, section 2.1)   In 10k.

Ask SEC counsel – only disclosure that the Company does not have a compensation committee is in the risk factors section. Do you think that is adequate? (page 24/73 sox checklist, section 1.9) Yes. However will add the sentence.

4