THOMAS J. KARR
Assistant General Counsel
Washington, DC Bar Number 426340

ERIC REICHER
Special Trial Counsel
Washington, DC Bar Number 490866

KAREN J. SHIMP
Special Trial Counsel
Washington, DC Bar Number 456265

U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC  20549-9613
(202) 551- 7921 (Reicher)
ReicherE@sec.gov

*Attorneys for the U.S. SEC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION**, <br><br> Applicant, <br><br> vs. <br><br> **SHAWN F. HACKMAN**, <br><br> Respondent. | Case No. 2:21-cv-01234 <br><br> **STIPULATION CONCERNING BRIEFING SCHEDULE** |

Pursuant to LR IA 6-2, Applicant Securities and Exchange Commission ("SEC" or "Commission") and Respondent Shawn F. Hackman ("Hackman") jointly request that the Court enter the following stipulated briefing schedule concerning the Commission's *Application for an Order Under Section 21(e)(1) of the Securities Exchange Act of 1934 Enforcing Compliance With a Commission Order, and Brief in Support* [Dkt. No. 1] ("Application"):

- Hackman shall file any opposition or response to the Application no later than August 23, 2021; and

- the Commission shall file any reply in support of its Application no later than September 13, 2021.

Respectfully submitted this 7th day of July, 2021.

| | |
|---|---|
| THOMAS J. KARR<br>ERIC REICHER<br>KAREN J. SHIMP | SHAWN F. HACKMAN |
| */s/ Eric Reicher*<br>Eric Reicher<br>Special Trial Counsel | */s/ Shawn F. Hackman*<br>Respondent<br>*Pro se* |
| U.S. Securities and Exchange Commission | |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2021